# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Stephens Construction and Concrete, Inc. ) | ASBCA No. 58670 |
| ) | |
| Under Contract No. W9124M-10-C-0028 ) | |

APPEARANCES FOR THE APPELLANT:     Brad C. Parrott, Esq.
C. Damon Gunnels, Esq.
  Hudson Parrott Walker, LLC
  Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  Kyle E. Chadwick, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 2 January 2014

*Elizabeth M. Grant*

ELIZABETH M. GRANT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58670, Appeal of Stephens Construction and Concrete, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals